# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PETERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD, Facility Administrator,<br><br>　　　　Respondent. | Case No.: 1:25-cv-00497-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL RESPONDENT CONSENT/DECLINE FORM AND DIRECTING RESPONDENT TO COMPLETE AND RETURN FORM<br><br>[14-DAY DEADLINE] |

　　　　Petitioner is a federal prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 29, 2025, Petitioner filed the instant petition. (Doc. 1.) On June 16, 2025, Respondent filed a motion to dismiss the petition. (Doc. 8.)

　　　　It has come to the Court's attention that the order directing Respondent to file a response did not direct Respondent to complete and return a consent/decline form to magistrate judge jurisdiction. Accordingly, the Clerk of Court is directed to mail Respondent a consent/decline form, and Respondent is directed to complete and return said form within fourteen (14) days.

IT IS SO ORDERED.

Dated:　**June 18, 2025**　　　　　　　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1