# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PETERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD, Facility Administrator,<br><br>　　　　Respondent. | Case No.: 1:25-cv-00497-SKO (HC)<br><br>ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>[10-DAY DEADLINE] |

　　　　Petitioner is a federal prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 29, 2025, Petitioner filed the instant petition. (Doc. 1.)

　　　　On April 29, 2025, an order regarding consent/decline was issued by the Court directing the parties to file either a consent or decline to magistrate judge jurisdiction by June 2, 2025. (Doc. 3.) Petitioner complied on June 3, 2025. (Doc. 7.) On June 20, 2025, the Court issued a second order specifically directing Respondent to file either a consent or decline within fourteen (14) days. (Doc. 10.) Respondent did not comply.

　　　　Accordingly, Respondent is DIRECTED TO SHOW CAUSE why sanctions should not be imposed for failing to comply with court orders within ten (10) days.

IT IS SO ORDERED.

Dated: **August 6, 2025**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE