# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE JOSEPH PETERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD, ADMINISTRATOR OF MESA VERDE DETENTION CENTER,<br><br>　　　　Respondent. | Case No.: 1:25-cv-00497-SKO (HC)<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS (Doc. 8), GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, DIRECTING RESPONDENT TO PROVIDE BOND HEARING BEFORE AN IMMIGRATION JUDGE WITHIN THIRTY DAYS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　　Petitioner is an immigration detainee represented by counsel proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On August 8, 2025, the undersigned issued Findings and Recommendations to deny Respondent's motion to dismiss, grant the petition in part, and direct Respondent to provide Petitioner with a bond hearing before an immigration judge. (Doc. 14.) Shortly thereafter, on August 12, 2025, the case was reassigned to the undersigned for all purposes, including entry of judgment, pursuant to 28 U.S.C. § 636(c). (Doc. 16.)  In light of reassignment, the Court will direct entry of final judgment for the reasons outlined in the Findings and Recommendations.

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Respondent's motion to dismiss (Doc. 8) is DENIED;

2) The petition for writ of habeas corpus is GRANTED in part;

3) Within thirty (30) days of the date of this Order, Respondent is DIRECTED to provide Petitioner with a bond hearing before an immigration judge where the Government must demonstrate by clear and convincing evidence that Petitioner is not a flight risk or a danger to the community, or in the alternative, release Petitioner on appropriate conditions of supervision; and

4) The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **August 14, 2025**                              /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE