# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PETERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MINGA WOFFORD, Facility Administrator,<br><br>　　　　Respondent. | Case No.: 1:25-cv-00497-SKO (HC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE: SANCTIONS |

  Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was reassigned to the undersigned for all purposes, including entry of final judgment, pursuant to 28 U.S.C. § 636(c).

  On April 29, 2025, an order regarding consent/decline was issued by the Court directing the parties to file either a consent or decline to magistrate judge jurisdiction by June 2, 2025. (Doc. 3.) Petitioner complied. (Doc. 7.) On June 20, 2025, the Court issued a second order specifically directing Respondent to file either a consent or decline within fourteen (14) days. (Doc. 10.) Respondent did not comply. On August 7, 2025, the Court issued an order to show cause why sanctions should not be imposed for failing to comply with court orders. (Doc. 12.)

  On August 9, 2025, Respondent complied and returned a consent/decline form. (Doc. 15.) On August 13, 2025, Counsel for Respondent filed a response to the order to show cause. (Doc. 17.) Counsel states the orders were overlooked due to attention to other tasks and obligations and because

the regularly assigned paralegal for the U.S. Attorney's Office Habeas Unit was on scheduled leave. Counsel states she has spoken to management personnel within the office to ensure backup personnel are properly trained. The Court accepts the reasons stated and will not impose sanctions at this time. Nevertheless, the Court strongly emphasizes the need to stay apprised of court orders as the Court is also very busy. Four court orders, along with the time and work expended, could have been avoided had the first order been properly handled.

Accordingly, the order to show cause (Doc. 12) is DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 14, 2025**                        /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE